ADAM GORDON
United States Attorney
KYLE B. MARTIN
Assistant United States Attorney
California Bar No. 267013
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546- 7726
Email: Kyle.Martin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR1610-LL |
|---|---|
| Plaintiff, | SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| WILDER EMILIO SANCHEZ FARFAN (1), MIGUEL EDUARDO VALDEZ CAJAMARCA (8), aka Miguel Angel Valdez Ruiz, | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Kyle B. Martin, Assistant United States Attorney, hereby files the following Second Bill of Particulars for Forfeiture of Property.

This Second Superseding Indictment seeks forfeiture of property pursuant to violations of Title 21, United States Code, Sections 959, 960, and 963 as alleged in the Second Superseding Indictment, which violations are punishable by imprisonment of more than one year, the United States hereby gives notice that, in addition to the property already listed in the forfeiture allegation and First Bill of Particular's, the United States is seeking forfeiture of $899,980.00 U.S. Currency pursuant to 21 U.S.C. §§ 853(a)(1) and 853(a)(2).

This property is currently being held in the Southern District of California.

DATED: May 12, 2025.

ADAM GORDON
United States Attorney

s/*Kyle B. Martin*
KYLE B. MARTIN
Assistant United States Attorney